# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BROAN-NUTONE LLC, DOES 1 to 50,<br><br>　　　　Defendants. | Case No. 5:18−cv−00748−JAK−SP<br><br>**ORDER RE JOINT STIPULATION OF PARTIES RE: VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE (DKT. 51)**<br><br>**JS-6** |

Having considered the Joint Stipulation of Parties re: Voluntary Dismissal of Entire Action with Prejudice submitted by plaintiff Scottsdale Insurance Company and defendant Broan-Nutone LLC (collectively, the "Parties"), regarding the Parties having satisfactorily resolved their disputes (the "Stipulation"), the Court **GRANTS** the Stipulation. The complaint in this matter is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party to bear its own fees and costs.

　　IT IS SO ORDERED.

Dated: January 3, 2020　　　　　　　_____
　　　　　　　　　　　　　　　　　JOHN A. KRONSTADT
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE